November 5, 2017.

To: Clerk, Texas Court of Criminal Appeals
     P.O. Box 12308, Austin, Tx. 78711-2308

From: Alfredo Bernal, Jr. # 363884
       Fort Stockton Unit - 1536 IH·10 East
       Fort Stockton, Texas 79735

Re: Appellant's Pro Se Motion for Extension of Time to File a
     Petition for Discretionary Review.

Dear Court Clerk:

Enclosed please find my pro se Motion for an extension of time to file a T.R.A.P. rule 68 petition.

Please file it and bring it to the Court's immediate attention. Your Kind assistance in this matter is greatly appreciated.

By copy of this letter, the same has been sent to the District Attorney on appeal and the State Prosecuting Attorney.

Sincerely,

Alfredo Bernal, Jr.
ALFREDO BERNAL, JR.
[ Pro Se Litigant ]

cc/file:

The State Prosecuting Attorney
   P.O. Box 13046
Austin, Texas 78711-3046.

Ms. Michelle O'Brien Yeatts
Asst. District Attorney
133 N. Riverfront Blvd., LB 19
Dallas, Texas 75207-4361.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2017

Deana Williamson, Clerk

No. _____

IN THE

TEXAS COURT OF CRIMINAL APPEALS

---

ALFREDO BERNAL, JR., TDCJ# 363884

v.

THE STATE OF TEXAS

---

On Appeal from the County Criminal Court No. 8
Dallas County; Trial Court Cause No. M16-23931-J

---

FIRST PRO SE MOTION FOR EXTENSION OF TIME TO FILE A
PETITION FOR DISCRETIONARY REVIEW

---

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Alfredo BERNAL, JR. ("Petitioner"), appearing pro se to file this motion for an extension of SIXTY (60) days in which to file a Petition for Discretionary Review; and in support thereof, petitioner respectfully offers the following:

I.

Petitioner was convicted in the 8th County Criminal Court of Dallas County, Texas for the offense of EVADING ARREST AND DETENTION, a Class A Misdemeanor, in Cause No. M16-23931-J, styled The State of Texas v. Alfredo Bernal, Jr. .

The honorable Tina Yoo CLINTON sentenced petitioner, pursuant to an "Open" Nolo plea, to 33 days. Petitioner timely appealed to the Fifth Judicial District Court of Appeals in Cause No. 05-16-01044-CR. The trial court's judgment was affirmed on October 9, 2017.

Petitioner then, on October 24, 2017, moved the intermediate court for an extension of thirty (30) days in which to file a motion for rehearing which is currently pending for consideration in the Fifth District Court of Appeals.

## II.

Petitioner is uncertain whether the deadline for filing his pro se Rule 68[1] petition is November 8, 2017[2] or after the intermediate court overrules petitioner's motion for an extension of thirty (30) days in which to file a Rule 49[3] motion. Because petitioner is filing the instant motion prior to the earliest deadline date of November 8, 2017, it is considered timely.[4]

## III.

Petitioner's pro se request for an extension of SIXTY (60) days is based upon the following: petitioner was not informed of the intermediate court's decision affirming the trial court's judgment until October 16, 2017; petitioner did not receive requested copy of appellant's brief in relevant appeal until October 27, 2017; petitioner has not, to date, received requested copy of state's brief in relevant appeal; and petitioner is a prisoner pro se litigant with limited knowledge of the law and with limited access to the legal library (ten-hours per week).

Accordingly, should the intermediate appeals court deny aforesaid motion for 30-day extension in which to file rule 49 motion, petitioner respectfully moves this Honorable Court to grant the instant motion and extend the deadline by Sixty (60)

---

1. See Texas Rules of Appellate Procedure ("T.R.A.P."). 3. n.1.

2. See T.R.A.P. rule 68.2 (a). 4. n.2.

days – up to and including Monday, January 8, 2018 – in which to file the pro se Petition for Discretionary Review. This is petitioner's first such request; it is for cause shown and not intended to delay this proceeding.

WHEREFORE, Premise Considered, should the intermediate appeals court overrule aforesaid rule 49.8 motion, petitioner prays this Court would grant the instant motion and extend the deadline for filing the pro se petition for discretionary review by Sixty (60) days – up to and including Monday, January 8, 2018.

Respectfully submitted,
Alfredo Bernal, Jr.
*ALFREDO BERNAL, JR. #363884
Fort Stockton Unit – 1536 IH·10 East
Fort Stockton, Texas 79735.

DATE: November 5, 2017
* Pro Se Petitioner

CERTIFICATE OF SERVICE

I, Alfredo Bernal, Jr., do hereby certify that a true and correct copy of the above and foregoing pro se motion for extension of time to file a Rule 68 petition has been served by placing a copy of the same in the U.S. mail, postage prepaid, first class addressed to: The State Prosecuting Attorney at P.O. Box 13046, Austin, Texas 78711-3046; and to Ms. Michelle O'Brien Yeatts, Asst. District Attorney at 133 N. Riverfront Blvd., LB19, Dallas Texas 75207-4361, on this the 5th day of November, 2017.

Alfredo Bernal, Jr. #363884
ALFREDO BERNAL, JR.
TDCJ # 363884

THE STATE OF TEXAS                 §        UNSWORN DECLARATION

                                   §                OF

COUNTY OF PECOS                    §        ALFREDO BERNAL, JR.

The following is made pursuant to State Law (Texas Civil Practice And Remedies Code §§ 132.001-132.003).

I, Alfredo Bernal, Jr. -TDCJ# 363884- being presently incarcerated at the Fort Stockton Unit in Pecos County, Fort Stockton, Texas do verify and declare under penalty of perjury that the above and foregoing statements made in the pro se motion for extension of time to file a pro se petition for discretionary review are true and correct to the best of my knowledge. Executed on this the 5th day of November, 2017, in Pecos County, Texas.

_Alfredo Bernal, Jr. #363884_
ALFREDO BERNAL, JR.
TDCJ # 363884.

Alfredo Bernal, Jr. #363884
Fort Stockton Unit

1536 IH-10 EAST
FT. STOCKTON, TX 79735



MIDLAND / ODESSA
TX 797 1 T
02 NOV 2017 PM

✱ Legal Mail

Clerk for the Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711-2308.

78711$2308